The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GENSCO, INC.,<br><br>    Defendant. | Case No. 3:17-cv-05872-RBL<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION<br>TO DISMISS WITH PREJUDICE** |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims of the Plaintiff Landmark Technology, LLC. and Defendant Gensco, Inc. in this case and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in this suit between Plaintiff Landmark Technology, LLC and Defendant Gensco, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT."

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE- 1
Case No. 3:17-cv-05872-RBL

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED this 31st day of May, 2018.

Ronald B. Leighton
United States District Judge

By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology, LLC*

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com;
rich.black@foster.com;
kevin.ormiston@foster.com

*Attorneys for Defendant*
*Gensco, Inc.*

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE- 2
Case No. 3:17-cv-05872-RBL

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770